```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 08 B 21869
   JEDONNE BROWN
                                                 CHAPTER 13

                                                 JUDGE: BRUCE W BLACK
              Debtor
   SSN XXX-XX-6907


-----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 08/20/08 and confirmed on 10/15/08.

   2.   The case was dismissed after confirmation, 01/30/2009.

   3.   The Debtor paid a total of $      190.00 .

   4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CNAC OF JOLIET | SECURED VEHIC | .00 | .00 | .00 |
| ADVANCE TIL PAYDAY | UNSECURED | NOT FILED | .00 | .00 |
| APPLIED INCOME SCIENCES | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| CBUSA | UNSECURED | NOT FILED | .00 | .00 |
| BCR | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SVC | UNSECURED | NOT FILED | .00 | .00 |
| DRS BOUDED | UNSECURED | NOT FILED | .00 | .00 |
| FIDELITY ACCEPTANCE COMP | UNSECURED | NOT FILED | .00 | .00 |
| GREAT SENECA | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| PEDIATRIC CRITICARE LTD | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| MUTUAL HOSPITAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NUVELL CREDIT COMPANY LL | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL ACCOUNT MCM | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RJM ACQUISITIONS LLC | UNSECURED | NOT FILED | .00 | .00 |
| STASSINOS LAW OFFICES | UNSECURED | NOT FILED | .00 | .00 |
| UNIQUE NATIONAL COLLECTI | UNSECURED | NOT FILED | .00 | .00 |
| UNIVERSITY OF PHOENIX | UNSECURED | NOT FILED | .00 | .00 |
| ZENITH ACQUISITION | UNSECURED | NOT FILED | .00 | .00 |
| RENT A CENTER | UNSECURED | NOT FILED | .00 | .00 |
| JEFF WHITEHEAD | REIMBURSEMENT | 28.18 | .00 | 28.18 |

```
PORTFOLIO RECOVERY ASSOC UNSECURED       NOT FILED                    .00            .00
       Summary of disbursements:
-------------------------------------------------------------------------------
                         SECURED     PRIORITY   UNSECURED       OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED           .00        28.18         .00          .00         28.18
PRINCIPAL PAID               .00        28.18         .00          .00         28.18
INTEREST PAID                .00          .00         .00          .00           .00
TOTAL PAID                   .00        28.18         .00          .00         28.18
```

The Debtor's attorney, JEFF WHITEHEAD              , was allowed $   3500.00
and was paid $     151.75 .

The Trustee received $     10.07 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


      Dated: 03/12/09                 /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUESTEE